ACCEPTED
12-14-00150-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/14/2015 9:12:46 AM
CATHY LUSK
CLERK

## CAUSE NO. 12-14-00150-CR

| | | |
|---|---|---|
| **DEEDRA MICHELLE GRUBBS** | § | **IN THE TWELFTH** |
| | § | |
| **vs.** | § | **COURT OF APPEALS** |
| | § | |
| **THE STATE OF TEXAS** | § | **STATE OF TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/14/2015 9:12:46 AM
CATHY S. LUSK
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW Appellant Deedra Michelle Grubbs and files this his her Motion to Extend Time to File Appellant's Brief, and in support thereof respectfully shows the Court as follows:

1. Appellant is Deedra Michelle Grubbs. Appellee is The State of Texas.

2. The deadline for filing Appellant's Brief is January 17, 2015.

3. In accordance with Texas Rules of Appellate Procedure 10.1 and 10.5, Appellant respectfully requests an additional sixty (60) days to file Appellant's Brief, making it due on March 18, 2015

4. The reporter's record and clerk's record is extensive in this case. The reporter's record was filed just before the Christmas and New Year's holidays. The undersigned is a sole practitioner, was not Appellant's trial counsel, and simply needs additional time to file Appellant's brief while continuing the daily practice of law in a solo law office.

5. Appellant has not previously requested or received any extensions in this matter.

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

1

Respectfully submitted,

THE LAW OFFICE OF JEFF ADAMS, PLLC
119 Logansport Street
P. O. Box 1898
Center, Texas 75935
Tel: (936) 598-4900
Fax: (936 598-4905
Email: jeff@jeffadamslaw.com

By: _____
Jeff Adams
State Bar No. 24006736
ATTORNEY FOR DEEDRA MICHELLE GRUBBS

## CERTIFICATE OF SERVICE

I certify that on January 13, 2015 a true and correct copy of the foregoing document was served on the Shelby County District Attorney, Mr. Ken Florence, by personal delivery.

_____
Jeff Adams

2

**STATE OF TEXAS**                                  §
                                                    §
**COUNTY OF SHELBY**                                §

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared Jeff Adams who after being duly sworn stated:

"I am the attorney for the Appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
Jeff Adams
Affiant


**SUBSCRIBED AND SWORN TO BEFORE ME** on Jan. 13 , 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

KIMBERLY BARTON
My Commission Expires
February 8, 2018

3